IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KENYA LARON PROCTOR,

      Appellant,

v.

WARDEN MONROE BARNES,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2296

Opinion filed April 6, 2015.

An appeal from the Circuit Court for Columbia County.
Paul S. Bryan, Judge.

Kenya Laron Proctor, pro se, Appellant.

Jennifer Parker, General Counsel, and Lisa Martin, Assistant General Counsel, Department of Corrections, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, ROWE, and SWANSON, JJ., CONCUR.